OFFICE OF THE COUNTY COUNSEL
County of San Joaquin
JASON R. MORRISH, CSB #192686
Deputy County Counsel
ZAYANTE (ZOEY) P. MERRILL, CSB # 268331
Deputy County Counsel
44 North San Joaquin Street, Suite 679
Stockton, California 95202
Telephone: (209) 468-2980
Facsimile:  (209) 468-0315

Attorneys for Defendants,
COUNTY OF SAN JOAQUIN, DEPUTY MICHAEL ARREOLA, DEPUTY STIEHR, DEPUTY CHRIS TUNQUIST, SHERIFF'S SERGEANT STONE, SHERIFF'S SERGEANT PURKIS, and JANET LEE BARTON, R.N.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHESTER MARK SOMERA,<br><br>        Plaintiff,<br><br>  vs.<br><br>COUNTY OF SAN JOAQUIN; THE SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT; THE CALIFORNIA HIGHWAY PATROL; THE SAN JOAQUIN COUNTY GENERAL HOSPITAL; DEPUTY MICHAEL ARREOLA; DEPUTY STIEHR; DEPUTY CHRIS TUNQUIST; SHERIFF'S SERGEANT STONE; SHERIFF'S SERGEANT PURKIS; THE STATE OF CALIFORNIA ; CHP OFFICER BRENT MANGHAM; CHP OFFICER MARK BUTLER; JANET LEE BARTON, RN; and DOES 1 through 100 inclusive,<br><br>        Defendants. | NO. 2:14-cv-01424-GEB-AC<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE HEARING ON MOTIONS TO DISMISS AND STATUS CONFERENCE; [PROPOSED] ORDER RE: SAME**<br><br>Judge:  Hon. Garland E. Burrell, Jr. |

1  WHEREAS, all defendants in the above-entitled action have filed a motion to dismiss under Fed. R. Civ. Proc. 12(b)(6), and those two motions are each scheduled for hearing on September 8, 2014; and

2  WHEREAS, the matter is currently scheduled for a Status Conference on September 15, 2014; and

3  WHEREAS, during the parties' "meet and confer" process for the Status Conference required by Fed. R. Civ. Proc. 26 and this Court's June 13, 2014, Order, counsel for Plaintiff indicated a willingness to file an amended complaint that addresses in full or part the issues raised in defendants' motions to dismiss; and

4  WHEREAS, the parties agree to a continuance of the scheduled hearings in order to allow for Plaintiff to file an amended complaint and for the defendants to file an appropriate response.

NOW, THEREFORE, IT IS HEREBY STIPULATED by the parties to the above-entitled action, by and through their respective counsel of record, that the current hearings be continued as follows (or to such other dates as the Court selects):

1. Motions to Dismiss          November 17, 2014
2. Status Conference           December 15, 2014

IT IS FURTHER STIPULATED that Plaintiff may file an amended complaint on or before September 29, 2014, at which point the November 17, 2014, hearing date will be vacated. Defendants will respond to the amended complaint within twenty-one (21) days of filing and service. In the event that Plaintiff does not file an amended complaint, Plaintiff's opposition to the pending motions to dismiss must be filed and served at least fourteen (14) days prior to the November 17, 2014, hearing, and any reply by defendants must be filed and served at least seven (7) days prior to the hearing.

IT IS FURTHER STIPULATED that the parties will file a Joint Status Report with the Court at least fourteen (14) days prior to the rescheduled Status Conference.

Dated:  August 25, 2014                OFFICE OF THE COUNTY COUNSEL

                                       By:  /s/ Zayante (Zoey) P. Merrill
                                            ZAYANTE (ZOEY) P. MERRILL
                                            Deputy County Counsel

2

STIPULATION AND JOINT REQUEST TO CONTINUE HEARING, etc.

              Attorneys for Defendants,
              COUNTY OF SAN JOAQUIN, DEPUTY
              MICHAEL ARREOLA, DEPUTY STIEHR,
              DEPUTY CHRIS TUNQUIST, SHERIFF'S
              SERGEANT STONE, SHERIFF'S SERGEANT
              PURKIS, and JANET LEE BARTON, R.N.

Dated:  August 25, 2014      KAMALA D. HARRIS
              Attorney General of California
              ALBERTO L. GONZALEZ
              Supervising Deputy Attorney General

              By:  /s/ Andreas O. Garza
               ANDREAS O. GARZA
               Deputy Attorney General

              Attorneys for Defendants,
              STATE OF CALIFORNIA, by and through the
              California Highway Patrol, BRENT MANGHAM
              and MARK BUTLER

Dated:  August 25, 2014      LAW OFFICES OF JOHN R. SOLDATI

              By:  /s/ John R. Soldati
               JOHN R. SOLDATI

              Attorney for Plaintiff,
              CHESTER MARK SOMERA

    IT IS SO ORDERED.

Dated:  August 26, 2014

.

              _____
              GARLAND E. BURRELL, JR.
              Senior United States District Judge