UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER MARK SOMERA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN JOAQUIN; MICHAEL ARREOLA; CHRIS STIEHR; CHRIS TUNQUIST; NELIDA STONE; JANET LEE BARTON; CLAUDE PURKIS; BRENT MANGHAM; MARK BUTLER; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | No. 2:14-CV-1424-GEB-AC<br><br>**ORDER DENYING MOTION TO STRIKE PORTIONS OF FIRST AMENDED COMPLAINT** |

　　　　Defendants Mangham and Butler move under Federal Rule of Civil Procedure ("Rule") 12(f) for an order striking the portions of Plaintiff's First Amended Complaint sounding in state law notwithstanding Plaintiff's characterization of his claims as federal claims alleged under 42 U.S.C. § 1983. However, the movants have not shown that the motion is authorized by Rule 12(f); therefore, the motion is denied. See generally Whittlestone, Inc. v. Handi-Craft Co., 618 F.3d 970, 976 (9th

1

Cir. 2010)("hold[ing] that Rule 12(f) . . . does not authorize a district court to dismiss a claim for damages on the basis it is precluded as a matter of law.").

Dated: January 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge