UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER MARK SOMERA,<br><br>    Plaintiff,<br><br>    v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>    Defendants. | No.  2:14-CV-1424 KJM AC<br><br><br><br>ORDER |

On February 18, 2016 the court granted attorney John Soldati's motion to be relieved as counsel of record and plaintiff was given thirty days to either hire new counsel or inform the court of his intent to proceed in propria persona.  On February 23, 2016, the court set a status conference for April 14, 2016, and instructed the parties to file a joint status report one week prior.  On April 5, 2016, defendants filed a status report stating plaintiff did not respond to their letter, or to any discovery requests, nor has he filed any documents with the court.  Plaintiff has not complied with the court's orders and no further action has been taken by plaintiff to litigate this case.

IT IS THEREFORE ORDERED that plaintiff show cause within fourteen days of the date of this order why this case should not be dismissed for his failure to prosecute.  Fed. R. Civ. P. 41(b).

DATED:  April 19, 2016

_____
UNITED STATES DISTRICT JUDGE

1