UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHESTER MARK SOMERA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, et al.,<br><br>Defendants. | No.  2:14-cv-01424-KJM-AC<br><br><br><br>ORDER |

    Plaintiff Chester Somera is not represented by counsel.  On February 23, 2016, the court set a status conference for April 14, 2016 and instructed the parties to file a joint status report the week before.  On April 5, 2016, the defendant filed a status report and notified the court that Mr. Somera had not responded to its attempts to correspond.  The court therefore ordered Mr. Somera to show cause, within fourteen days, why the case should not be dismissed for failure to prosecute.  Order April 20, 2016, ECF No. 52.  Mr. Somera made no response.

    A district court may dismiss an action on its own motion if a plaintiff abandons the case.  *See, e.g.*, *Chambers v. NASCO, Inc.*, 501 U.S. 32, 44 (1991).  Because dismissal is a harsh sanction, the court must weigh "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits; and (5) the availability of less drastic

1

sanctions." *In re Phenylpropanolamine (PPA) Products Liab. Litig.*, 460 F.3d 1217, 1226 (9th Cir. 2006).  These considerations present a district court with a way "to think about what to do." *Id.* (citation and quotation marks omitted).  The decision is one of discretion.  *See id.*

Because Mr. Somera has responded neither to this court's orders nor to the defendants' attempts to contact him, dismissal is appropriate.  This resolution is the only means of resolving this litigation expeditiously; the matter has been molding away on this court's docket for several months; the defendants have no way to address the claims against them; it seems the case will not be resolved on its merits at all; and no less drastic solution has proven effective.

This action is DISMISSED without prejudice.

The Clerk's Office is instructed to CLOSE the case.

IT IS SO ORDERED.

DATED:  June 30, 2016

_____
UNITED STATES DISTRICT JUDGE